JEFFREY D. CONWAY, ESQ.
Nevada Bar No. 4573
ROSENFELD ROBERSON & RINATO
6725 Via Austi Parkway, Suite 200
Las Vegas, Nevada  89119
Telephone: (702)  386-8637
Facsimile: (702)  385-3025

*Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL A. STOVALL: WENDY E JACOBS,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>NATIONAL DEFAULT SERVICING CORPORATION; EQUIFIRST CORPORATION; EQUITY TITLE OF NEVADA; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; DOES I-X; ROES I-X; Inclusive,<br><br>　　　　　　Defendants. | Case No. 2:10-cv-00585<br><br>**NOTICE OF LIS PENDENS** |

## **NOTICE OF LIS PENDENS**

　　NOTICE IS HEREBY GIVEN that a Complaint (designating type or action, i.e., "to foreclosure prevention") has been filed in the above-entitled Court by the Plaintiffs against the named Defendants to (i.e., "foreclosure upon the notice of claim of lien filed by Plaintiffs for the sum of $500,000.00, together with interest, attorney's fees and costs, for an order of the Court decreeing a lien against the hereinafter described property and ordering the sale thereof to satisfy said lien.").

The said premises affected by this action are situate in the city of Las Vegas, county of Clark, state of Nevada, described as follows:

Lot sixty-nine (69) in block five (5) of San Marino, as shown by map thereof on file in book 44 of plats, page 15, in the office of the County Recorder of Clark County, Nevada. Street address is 806 Lupine Court, Henderson, NV 89015. Assessors Parcel Number is 179-30-710-005.

DATED this 23rd day of April, 2010.

ROSENFELD ROBERSON & RINATO

 /s/ Jeffrey D. Conway
Jeffrey D. Conway, Esq.
Nevada Bar No. 4573
6725 Via Austi Parkway, Suite 200
Las Vegas, NV 89119
Attorney for Plaintiffs