1  LAUREL I. HANDLEY (NV Bar #009576)
   GREGG A. HUBLEY (NV Bar #007386)
2  PITE DUNCAN, LLP
   701 Bridger Avenue, Suite 700
3  Las Vegas, NV 89101
   <u>MAILING ADDRESS</u>
4  P.O. Box 17935
   San Diego, CA 92177-0935
5  Telephone: (858) 750-7600
   Facsimile: (619) 326-2430
6  E-mail: Lhandley@piteduncan.com

7  Attorneys for Defendant MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

8

9              IN THE UNITED STATES DISTRICT COURT

10                 FOR THE DISTRICT OF NEVADA

11 | DANIEL A. STOVALL; WENDY E. JACOBS, | CASE NO. 2:10-cv-00585 |
|---|---|
| Plaintiffs, | |
| vs. | **NOTICE OF CHANGE OF ATTORNEY INFORMATION** |
| NATIONAL DEFAULT SERVICING CORPORATION; EQUIFIRST CORPORATION; EQUITY TITLE OF NEVADA; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; DOES I-X, ROES I-X, inclusive, | |
| Defendants. | |

20          <u>**NOTICE OF CHANGE OF ATTORNEY INFORMATION**</u>

21  **TO:   THE HONORABLE COURT; and**

22  **TO:   ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD, if any.**

23          **PLEASE TAKE NOTICE** that Christina S. Bhirud, Esq., formally of PITE DUNCAN,

24  LLP, is no longer counsel of record for Defendant MORTGAGE ELECTRONIC

25  REGISTRATION SYSTEMS, INC., in the above-captioned matter, and should be removed from

26  all further notices.  The new attorney to be added and noticed of all further filings and hearings is

27  as follows:

28  /./.

                                    -1-                                    2416368.wpd

1     (1)    Laurel I. Handley (Nevada Bar No. 009576)
                   lihandley@piteduncan.com; and

2     (2)    Gregg A. Hubley (Nevada Bar No. 7386)
                   ghubley@piteduncan.com

DATED: May 17, 2011

                                              PITE DUNCAN, LLP

                              By: /s/ Laurel I. Handley
                                 LAUREL I. HANDLEY
                                 GREGG A. HUBLEY
                                 Attorneys for Defendant MORTGAGE
                                 ELECTRONIC REGISTRATION
                                 SYSTEMS, INC.

                              IT IS SO ORDERED.

                              _____
                              UNITED STATES MAGISTRATE JUDGE
                              DATE: MAY 18, 2011